UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 3:17-cr-00104-2 |
| | ) Chief United States District Judge |
| TODD WHITE | ) Waverly Crenshaw |

## MOTION FOR LEAVE TO FILE PLEADING UNDER SEAL

Comes now Todd White, by and through counsel of record, and hereby respectfully moves this Honorable Court to allow him to file the pleading contemporaneously filed herewith under seal. In support of this motion, Mr. White would state the following:

1. Mr. White is required to file a motion for leave of court to make such a filing under seal pursuant to the "Administrative Practices and Procedures for Electronic Case Filing" as adopted by this Court in Administrative Order Number 167 and Section 5.07.

2. Mr. White would submit that he is filing a pleading contemporaneously that includes personal information related to Mr. White that is not appropriate for public view.

3. Mr. White would therefore move this Honorable Court to grant this motion and permit the filing of the contemporaneously filed pleading under seal.

Respectfully submitted,

*/s/ Heather G. Parker*_____
Heather G. Parker, BPR #30293
BULLOCH, FLY, HORNSBY & EVANS
302 N. Spring Street
PO Box 398
Murfreesboro, TN 37133-0398
615-896-4154
heatherparker@bfhelaw.com
*Attorney for Todd White*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2020, I electronically filed the foregoing *Motion for Leave to File Pleading Under Seal* with the U.S. District Court Clerk by using the Cm/ECF system, which will send a Notice of Electronic Filing to the following: Amanda J. Klopf, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, Tennessee 37203.

*/s/ Heather G. Parker*_____
HEATHER G. PARKER